JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVILLE TORREZ, RONALD OSORIO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., a corporation; MARRIOTT INTERNATIONAL ADMINISTRATIVE SERVICES, INC., a corporation; MARRIOTT INTERNATIONAL, a business entity unknown; LOS ANGELES AIRPORT MARRIOTT HOTEL, a business entity unknown; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-02061-JLS-JCGx<br><br>Assigned to Hon. Josephine L. Staton<br><br>**ORDER REMANDING CIVIL ACTION TO STATE COURT** |

**1**

## **ORDER**

After considering the Stipulation of the Parties, it is hereby ORDERED:

1. This action is remanded to the Superior Court of California, Case No. BC 607004, County of Los Angeles for further proceedings.

Date: October 06, 2016

                                           JOSEHPINE L. STATON
_____
Honorable Josephine L. Staton
United States District Judge